**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Salud Natural Entrepreneur, Inc.
                                      Plaintiff,

v.                                                                         Case No.: 1:09−cv−04417
                                                                        Honorable James B. Zagel

Nutricentro Internacional, Inc., et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 14, 2010:

      MINUTE entry before Honorable Sidney I. Schenkier:Docket entry made to amend docket entry [34]. The case has settled as to plaintiff Salud Natural Entrepreneur, Inc. and the Nutricentro Internacional, Inc. defendants. Mailed notice(wyh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.