**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Salud Natural Entrepreneur, Inc.
Plaintiff,
v.
Case No.: 1:09−cv−04417
Honorable James B. Zagel
Nutricentro Internacional, Inc., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 10, 2010:

MINUTE entry before Honorable James B. Zagel:Status hearing held on 5/10/2010. Motion for entry of default judgment as to defendant Azteca Productos, Inc. [48] is granted. Injunction order to enter.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.